*Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for the United States. ▇

No. 240. ROSE ET AL. *v.* BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL. C. A. 4th Cir. Certiorari denied. *James B. Swails* for petitioners. *I. M. Bailey, Clarence M. Mulholland, Richard R. Lyman* and *Edward J. Hickey, Jr.* for respondents. ▇

No. 243. EVANS *v.* MANNING. Supreme Court of South Carolina. Certiorari denied. ▇

No. 246. FORD MOTOR CO. ET AL. *v.* RYAN, U. S. DISTRICT JUDGE, ET AL. C. A. 2d Cir. Certiorari denied. *Whitney North Seymour, William T. Gossett, Bruce Bromley* and *Samuel A. Pleasants* for petitioners. *John T. Cahill, James A. Fowler, Jr.* and *John F. Sonnett* for respondents. ▇

No. 247. KALMIA REALTY & INSURANCE CO. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *L. Barrett Jones* and *Garner W. Green* for petitioners. *Solicitor General Perlman* and *Assistant Attorney General Vanech* for the United States. ▇

No. 248. BERG, DOING BUSINESS AS BERG TRUCK & PARTS CO., *v.* SCHREIBER ET AL., DOING BUSINESS AS SCHREIBER TRUCKING CO. Supreme Court of Illinois. Certiorari denied. *Alfred Kamin* for petitioner. *Lawrence C. Mills* for respondents. ▇